**Bob J. SETTLE, Plaintiff,**

v.

**Jon BRIM, Michael Layer, Jim Valentine, Alan Miller, Infinity Group, Inc. and Benjamin Beville, Defendants.**

**No. Civ. 96–1434 LH/RLP.**

United States District Court,
D. New Mexico.

Feb. 11, 1998.

---

Bob J Settle, Kansas City, KS, plaintiff pro se.

Robert B. Martinez, Albuquerque, NM, for defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS AND RECOMMENDATION AND DISMISSING ACTION WITH PREJUDICE

HANSEN, District Judge.

THIS MATTER came before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed January 22, 1998, and on Plaintiff's objections to the analysis and recommended disposition. The Court conducted a *de novo* review of those portions of the Magistrate Judge's analysis and recommended disposition to which Plaintiff objects.

**IT IS HEREBY ORDERED** that the analysis and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that this action be, and it hereby is, dismissed with prejudice.